UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

IN RE:

CEMHAN BIRICIK and　　　　　　　　　　CASE NO. 20-19507-BKC-MAM
ISABEL BIRICIK,　　　　　　　　　　　　CHAPTER 7

　　　　Debtors.
_____/

SQUEEZE, LLC and
ABIDING VENTURES, LLC,

　　　　Plaintiffs,
vs.　　　　　　　　　　　　　　　　　　CASE NO. 20-01404-MAM

CEMHAN BIRICIK and
ISABEL BIRICIK,

　　　　Defendants.
_____/

## ANSWER

COMES NOW the Defendants, CEMHAN BIRICIK ("CEMHAN") and ISABEL BIRICIK ("ISABEL")(collectively, the "Defendants"), by and through undersigned counsel, and file this answer to the complaint, and state:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Without knowledge.

6. Without knowledge.

7. Admit.

8. Admit.

9. Admit that Biricik LLC is inactive and has been so since September, 2017. Allegations state "all relevant time periods". The company was inactive prior to the entry of the agreements with the Plaintiff.

10. Without knowledge.

11. Deny.

12. Admit.

13. Deny.

14. Admit.

15. Admit.

16. Deny. Neither CEMHAN nor Biricik LLC are attorneys and did not render assurances as to laws.

17. Admit that Abiding Ventures made a deposit.

18. Without knowledge.

19. Admit.

20. Admit.

21. Admit.

22. Admit.

23. Admit.

24. Admit.

25. Admit.

26. Admit.

27. Admit.

28. Admit.

29. Admit.

30. Admit.

31. Deny.

32. Deny.

33. Admit.

34. Admit.

35. Admit.

36. Deny that ISABEL had any involvement with Biricik LLC after dissolution of company.

37. Admit how funds in account were used. Deny the reference of parties using the money jointly.

38. Admit how funds in account were used. Deny the reference of parties using the money jointly.

39. Admit how funds in account were used. Deny the reference of parties using the money jointly.

40. Admit how funds in account were used. Deny the reference of parties using the money jointly.

41. Admit how funds in account were used. Deny the reference of parties using the money jointly.

42. Admit how funds in account were used. Deny the reference of parties using the money jointly.

43. Admit how funds in account were used. Deny the reference of parties using the

money jointly.

44. Admit how funds in account were used. Deny the reference of parties using the money jointly.

45. Admit how funds in account were used. Deny the reference of parties using the money jointly.

46. Deny. ISABEL never met with anyone at Squeeze and could not have made any representations.

47. Admit.

48. Admit.

49. Admit.

50. Admit.

51. Admit.

52. Deny. Allegation too broad and Defendants cannot respond.

53. Deny. Cannot formulate a response to statement without context.

54. Deny. Allegation too broad and Defendants cannot respond.

55. Deny.

56. Defendants respond in same manner as set forth above.

57. Deny.

58. Deny.

59. Deny.

60. Defendants respond in same manner as set forth above.

61. Deny.

62. Deny.

63. Defendants respond in same manner as set forth above.

64. Deny.

65. Deny.

66. Deny.

67. Deny.

68. Deny.

69. Defendants respond in same manner as set forth above.

70. Deny.

71. Deny.

72. Defendants respond in same manner as set forth above.

73. Deny.

74. Deny.

75. Deny.

76. Deny.

77. Deny.

I HEREBY CERTIFY that a copy of the foregoing was provided electronically to Zach Shelomith, Esquire, zbs@lsaslaw.com this 9th day of February, 2021.

BRIAN K. MCMAHON, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111

s/ Brian K. McMahon
Brian K. McMahon
FL Bar No. 853704