

**ORDERED in the Southern District of Florida on October 24, 2022.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

IN RE:

CEMHAN BIRICIK and                                CASE NO. 20-19507-BKC-MAM
ISABEL BIRICIK,                                         CHAPTER 7

      Debtors.
_____/

SQUEEZE, LLC and
ABIDING VENTURES, LLC,

      Plaintiffs,
vs.                                                              CASE NO. 20-01404-MAM

CEMHAN BIRICIK and
ISABEL BIRICIK,

      Defendants.
_____/

## ORDER GRANTING AGREED MOTION TO CONTINUE HEARING

THIS MATTER came before the Court for consideration of the Agreed Motion to Continue Hearing [ECF #43]. The parties have agreed to the continuance of the hearing. Accordingly, it is

ORDERED that:

1. The motion to continue is granted.

2. The Status Conference is reset for December 14, 2022 at 10:00 a.m.

3. The hearing will be by Zoom Video Conference only, which permits remote participation by video or telephone. To participate through Zoom, participants must register in advance no later than 3:00 p.m. one business day before the hearing. To register for remote participation, use the following link:

    https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

4. If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

###

Submitted by:

BRIAN K. MCMAHON, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111
Briankmcmahon@gmail.com

Attorney McMahon shall provide a copy of this order to all interested parties and file a certificate of service.